UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEY TRONIC CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TPG IPB, INC., a foreign corporation, and ATSI HOLDINGS, INC., a foreign corporation,<br><br>Defendants. | NO. CV-10-195-RHW<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation of Dismissal (Ct. Rec. 85). The parties inform the Court that they have fully and finally settled all claims between them.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal (Ct. Rec. 85) is **GRANTED.**

2. This action, including all counterclaims, is **dismissed with prejudice**, with each party bearing its own respective costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel, and **close the file.**

**DATED** this 17th day of February, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Court

Q:\CIVIL\2010\Key Tronic\dismissfinal.ord.wpd

**ORDER OF DISMISSAL** * 1